IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

ADEPT MANAGEMENT INC., et al,

Defendants.

Civ. No. 1:16-cv-00720-CL

**ORDER**

CLARKE, Magistrate Judge.

Plaintiff FTC filed its Complaint on April 27, 2016. Defendants Adept Management, Inc., Anchor Publishing, Associated Publishers Network, Atlas Business Consulting, Consolidated Publishers Exchange, Inc., Crown Resource Management, Customer Access Services, Express Publishers Service, HCG, Inc., Henry Cricket Group, Liberty Publishers Service, Magazine Clearing Exchange, Inc., Magazine Link, Inc., Maximillian, Inc., North West Data Services, Publishers Payment Processing, Specialties, Inc., Subscription House Agency, United Publishers Exchange, and Wineoceros Wine Club were all represented by Attorney David Lennon, along with other individual defendants. Through Mr. Lennon, these corporate defendants filed an answer (#131) to Plaintiff's Complaint on March 13, 2017. On April 6, however, the Court granted Mr. Lennon's motion to withdraw as counsel (#148), subject to

certain conditions, including "advising his clients of his withdrawal and the need for them to find new counsel or appear pro se within 30 days, as well as the requirement to file a notice containing addresses and contact information for each of his clients." On April 12, Mr. Lennon filed a notice of contact information for each of his clients, which the Court entered into the system to provide further notices to the parties. Since that time, however, numerous mailings to the defendants have come back to the Court marked "Mail Returned – Undeliverable." Additionally, none of the corporations named above have appeared in any other manner or responded to any contact from any of the parties. By contrast, the individual defendants previously represented by Mr. Lennon have filed notices of appearances indicating each person's intent to proceed unrepresented in the case.

In light of the unrepresented corporate defendants' failure to respond or otherwise appear in compliance with the Court's Order (#148), the Court issued an Order to Show Cause (#185), ordering the unrepresented corporate defendants to file a notice of appearance with the Court by July 20, 2017, or otherwise submit a written explanation to the Court for why the Court should not strike the defendants' answers and enter an order of default against each of them. As of this date, no notices have been filed, nor has any defendant filed an explanation or a request for an extension of time to do so. Therefore, the unrepresented corporate defendants' answers are hereby stricken from the record, and the Clerk is directed to enter default against each one.

It is SO ORDERED and DATED this _____ day of August, 2017.

MARK D. CLARKE
United States Magistrate Judge