James E. Magleby (USB 7247)
  (*pro hac vice*)
  magleby@mcgiplaw.com
Eric K. Schnibbe (USB 8463)
  (*pro hac vice*)
  schnibbe@mcgiplaw.com
Adam Alba (USB 13128)
  (*pro hac vice*)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
Telephone: (801) 359 9000
Facsimile: (801) 359 9011

David B. Paradis (OSB 853016)
  dparadis@brophylegal.com
**BROPHY SCHMOR, LLP**
201 West Main Street, 5th Floor
P.O. Box 128
Medford, Oregon 97501
Telephone: 541 772 7123
Facsimile: 541 772 7249

Attorneys for Defendants Hoyal & Associates, Inc.,
Jeffery Hoyal and Lori Hoyal

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, MEDFORD DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**ADEPT MANAGEMENT, INC., et al.**<br><br>Defendants. | Case No.: 1:16-cv-00720-CL<br><br>**NOTICE OF WITHDRAWAL OF HOYAL DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY SIMPSON DEFENDANTS** |

**PLEASE TAKE NOTICE** that Defendants Hoyal & Associates, Inc., Jeffrey Hoyal, and Lori Hoyal (collectively, the "Hoyal Defendants"), through their counsel of record, hereby withdraw the *Hoyal Defendants' Motion to Compel Production of Documents by Simpson Defendants*, filed April 2, 2018 as Doc. 246 ("Motion to Compel").

The respective counsel for the Hoyal Defendants and the Simpson Defendants have continued to meet and confer following the filing of the Motion to Compel and the Simpson Defendants have produced additional documents represented to be all documents produced to other parties to date. Accordingly, the Motion to Compel is withdrawn as moot.

DATED this 23rd day of April 2018.

MAGLEBY CATAXINOS & GREENWOOD

_____
James E Magleby
Eric K Schnibbe
Adam Alba

BROPHY SCHMOR LLP
David B. Paradis

*Attorneys for Hoyal & Associates, Inc., Jeffery Hoyal, and Lori Hoyal*

# CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF HOYAL DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY SIMPSON DEFENDANTS** was delivered to the following this 23rd day of April 2018, by submission to CM/ECF System and e-mail:

Krista K. Bush
 kbush@ftc.gov
Laura M. Solis
 lsolis@ftc.gov
Richard McKewen
 rmckewen@ftc.gov
Connor Shively
 cshively@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

*Attorneys for Plaintiff*
*Federal Trade Commission*

David P. Lennon
 david@lennon-klein.com
LENNON & KLEIN, P.C.
3922 Bellinger Lane
Medford, Oregon 97501

Linda Babb
 Gmamma910@gmail.com
440 Chateau Dr.
Eagle Point, OR 97524

Noel Parducci
 lovemyfourlittleones@gmail.com
103 Monterey Drive
Medford, OR 97504

William Strickler
 bilofo541@gmail.com
2989 Thompson Creek Rd
Jacksonville, OR 97530

Tyler Jay King (pro hac vice)
 tyler@lawgroupfs.com
FRANKLIN SQUARE LAW GROUP
1225 Eye St., NW, Ste. C-110
Washington, DC 20005

Kevin Bons
 kbons@beckley-law.com
BECKLEY & BONS, P.C.
66 Club Road, Suite 360
Eugene, Oregon 97440

*Attorneys for Defendants*
*Reality Kats, LLC and Dennis Simpson*

Shannon Bacon
 sbrenee@gmail.com

Colleen Kaylor
 cmarie0322@yahoo.com

Laura Lovrien
 ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

Lydia Pugsley
 lydia@abdinc.biz
2728 West Main Street #97
Medford, OR 97501

　/s/Janae Kidd