Tyler Jay King
tyler@lawgroupfs.com
Franklin Square Law Group
700 12th St., NW, Ste. 700
Washington, DC 20005
Telephone: (202) 436-2641
Facsimile: (202) 478-0964

*(pro hac vice)*

Kevin Bons (OSB 066963)
kbons@beckley-law.com
Beckley & Bons, P.C.
66 Club Road, Suite 360
Eugene, Oregon 97440
Telephone: (541) 683-0888
Facsimile: (541) 683-0889

Attorney for Defendants Reality Kats, LLC
And Dennis Simpson

<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF OREGON</u>
<u>MEDFORD DIVISION</u>

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ADEPT MANAGEMENT, INC., et, al.<br><br>Defendants. | CIVIL ACTION NO. 1:16-CV-00720-CL<br><br>Magistrate Judge Clarke<br><br>**THE SIMPSON DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** |

Dennis Simpson and Reality Kats, LLC, (herein referred to as the "Simpson Defendants"), by and through the undersigned counsel, respectfully request permission to file a motion for summary judgment on the issue that the Simpson Defendants' are not liable to the Plaintiff Federal Trade Commission ("FTC") for any violation of the FTC Act resulting from the mailers and subscription business carried on by other defendants in this case.

DATED: May 25, 2018

        Respectfully Submitted,

        /s/

        _____
        Tyler Jay King, Esq.
        Franklin Square Law Group
        700 12th St., NW, Ste. 700
        Washington, DC 20005
        (202) 436-2641
        tyler@lawgroupfs.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2018, a copy of the foregoing was caused to be served to the pertinent parties of record in this matter, as follows:

By ECF on each of the following:

Laura M. Solis
lsolis@ftc.gov
Richard McKewen
rmckewen@ftc.gov
Connor Shively
cshively@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

David B. Paradis
dparadis@brophylegal.com
Brophy Schmor LLP
201 W. Main Street, 5th Floor
Medford, OR 97501

Kevin W. Bons
kbons@beckley-law.com
Beckley & Bons, P.C.
66 Club Road, Suite 360
P.O. Box 11098
Eugene, OR 97440

Shannon Bacon
sbrenee@gmail.com
Kirchoff Law Offices
231 NW B. Street
Grants Pass, OR 97526

Colleen M. Kaylor
Cmarie0322@yahoo.com
308 Live Oak Loop
Central Point, OR 97502

Laura Lovrien
ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

James E. Magleby
magleby@mcgiplaw.com
Eric K. Schnibbe
schnibbe@mcgiplaw.com
Adam Alba
alba@mcgiplaw.com
170 S. Main Street, Ste. 1100
Salt Lake City, UT 84101

Lydia Pugsley
Lydia@abdinc.biz
4293 West Main St.
Medford, OR 97501

By email and mail addressed to the address provided in Document 149 to the following:

Linda Babb
Gmamma910@gmail.com
440 Chateau Drive
Eagle Point, OR 97524

Noel Parducci
lovemyfourlittleones@gmail.com
103 Monterey Drive
Medford, OR 97504

William Strickler
Bilofo541@gmail.com
2989 Thompson Creek Rd.
Jacksonville, OR 97530

                                        Respectfully Submitted,

                                        /s/

                                        _____
                                        Tyler Jay King, Esq.