Krista K. Bush, WSBA 30881
kbush@ftc.gov
Laura M. Solis, WSBA 36005
lsolis@ftc.gov
Connor B. Shively, WSBA 44043
cshively@ftc.gov
Richard McKewen, WSBA 45041
rmckewen@ftc.gov
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Phone: 206-220-6350
Fax: 206-220-6366
Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, Plaintiff,<br><br>v.<br><br>**ADEPT MANAGEMENT, INC., et al.,** Defendants, | Case No: 1:16-cv-00720-CL<br><br>**JOINT MOTION TO EXTEND COURT-IMPOSED DEADLINES CONCERNING DISPOSITIVE MOTIONS** |

Plaintiff, Federal Trade Commission ("FTC"), Defendants Hoyal & Associates, Inc., Jeffrey Hoyal, Lori Hoyal (collectively, the "Hoyal Defendants"), and Defendants Reality Kats, LLC and Dennis Simpson (collectively, the "Simpson Defendants"), by and through undersigned

counsel, and *pro se* Defendants ,Colleen Kaylor, Laura Lovrien, Noel Parducci, Lydia Pugsley, and William Strickler, hereby jointly submit this motion, pursuant to Local Rule 16-3, to extend the Court-imposed deadlines concerning dispositive motions. *Pro se* Defendants Linda Babb and Shannon Bacon did not attend the meet and confer session in which this motion was discussed and did not respond to email communications in which the draft motion and proposed order were circulated. In compliance with LR 7-1, the parties made a good faith effort through telephone conferences and email communications to resolve the dispute and have been unable to do so.

The aforementioned parties have agreed to a tentative expert deposition schedule. Due to the scheduling limitations of parties, counsel, and experts, the four depositions must occur on a handful of days between July 15 and July 31, when expert discovery ends, ECF No. 289. To accommodate the scheduling limitations, the parties have tentatively agreed for the last two depositions to occur on July 30 and 31. However, holding the depositions on July 30 and 31 will make it difficult to receive the deposition transcripts and incorporate them, to the extent necessary, in any dispositive motion, presently due on August 3. *Id.* Therefore, having agreed that good cause exists, the aforementioned parties hereby jointly and respectfully move the Court to extend the deadlines related to dispositive motions by one week. The extension would have the following effect on deadlines already fixed by Court order:

| | Existing Date (ECF No. 289) | Proposed Date |
|---|---|---|
| Dispositive motions, including motions for summary judgment, due | 8/03/2018 | 8/10/2018 |
| Responses to dispositive motions due | 8/21/2018 | 8/28/2018 |
| Replies to dispositive motions due | 8/31/2018 | 9/7/2018 |
| Oral argument on dispositive motions | 9/7/2018, 9 a.m. | 9/14/2018, 9 a.m. |

The proposed extension would have no impact on any other existing deadlines, settings, or schedules in this case.

THEREFORE, the aforementioned parties respectfully request that this Court enter the attached proposed Order to Extend Court-Imposed Deadlines Concerning Dispositive Motions.

Respectfully submitted,

Dated: July 3, 2018

s/Krista K. Bush
Krista K. Bush, WSBA 30881
Laura M. Solis, WSBA 36005
Connor B. Shively, WSBA 44043
Richard McKewen, WSBA 45041
915 2nd Ave., Suite 2896
Seattle, WA 98174
Telephone: (206) 220-6350

Attorneys for Plaintiff Federal Trade Commission

s/Eric K. Schnibbe
James E. Magleby, USB 7247
Eric K. Schnibbe, USB 8463
Adam Alba, USB 13128
Magleby Cataxinos & Greenwood
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
(801) 359-9000

Attorneys for Defendants Hoyal & Associates, Inc., Jeffrey Hoyal and Lori Hoyal

s/Tyler Jay King
Tyler Jay King, DCBA 979592
Franklin Square Law Group
1225 Eye St., NW, Ste. C-110
Washington, DC 20055
(202) 436-2641

Attorneys for Defendants Dennis Simpson and Reality Kats, LLC

s/Colleen Kaylor
308 Live Oak Loop
Central Point OR 97502
*Pro Se* Defendant

s/Laura Lovrien
7610 Torrey Pines Ter.
Eagle Point, OR 97524
*Pro Se* Defendant

s/Lydia Pugsley
339 E. Tanglewood Dr.
Phoenix, AZ 85048
*Pro Se* Defendant

s/Noel Parducci
103 Monterey Drive
Medford, OR 97504
*Pro Se* Defendant

s/William Strickler
2989 Thompson Creek Rd.
Jacksonville, OR 97530
*Pro Se* Defendant

CERTIFICATE OF SERVICE

I hereby certify that I am employed by the Federal Trade Commission, 915 Second Avenue, Suite 2896, Seattle, WA 98174, and that pursuant to Rule 5(b), Fed. R. Civ. P., a copy of the Joint Motion to Extend Deadlines Concerning Dispositive Motions was served as follows:

By ECF on each of the following:

Laura M. Solis
lsolis@ftc.gov
Richard McKewen
rmckewen@ftc.gov
Connor Shively
cshively@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

David B. Paradis
dparadis@brophylegal.com
Brophy Schmor LLP
201 W. Main Street, 5th Floor
Medford, OR 97501

Kevin W. Bons
kbons@beckley-law.com
Beckley & Bons, P.C.
66 Club Road, Suite 360
P.O. Box 11098
Eugene, OR 97440

James E. Magleby
magleby@mcgiplaw.com
Eric K. Schnibbe
schnibbe@mcgiplaw.com
Adam Alba
alba@mcgiplaw.com
170 S. Main Street, Ste. 1100
Salt Lake City, UT 84101

Tyler J. King
Tyler@lawgroupfs.com
The Franklin Square Law Group
1225 Eye Street NW, Ste. C-110
Washington, DC 20005

Shannon Bacon
sbrenee@gmail.com
555 Trail Creek
Trail, OR 97541

Colleen M. Kaylor
Cmarie0322@yahoo.com
308 Live Oak Loop
Central Point, OR 97502

Lydia Pugsley
Lydia@abdinc.biz
3339 E. Tanglewood Dr.
Phoenix, AZ 85048

Laura Lovrien
ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

By email and mail addressed to the address provided in Document 149 to the following:

Linda Babb
Gmamma910@gmail.com
440 Chateau Drive
Eagle Point, OR 97524

Noel Parducci
lovemyfourlittleones@gmail.com
103 Monterey Drive
Medford, OR 97504

William Strickler
Bilofo541@gmail.com
2989 Thompson Creek Rd.
Jacksonville, OR 97530

s/Krista K. Bush
Krista K. Bush, WSBA 30881
915 2nd Ave., Suite 2896
Seattle, WA 98174
Telephone: (206) 220-6350
Attorney for Plaintiff Federal Trade Commission