Krista K. Bush, WSBA 30881
kbush@ftc.gov
Laura M. Solis, WSBA 36005
lsolis@ftc.gov
Connor B. Shively, WSBA 44043
cshively@ftc.gov
Richard McKewen, WSBA 45041
rmckewen@ftc.gov
Sophia Calderón, CA Bar No. 278135
scalderon@ftc.gov
W. Stuart Hirschfeld, WSBA 23532
shirschfeld@ftc.gov
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Phone: 206-220-6350
Fax: 206-220-6366
Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br> Plaintiff, <br> v. <br> **ADEPT MANAGEMENT, INC., et al.**, <br> Defendants. | Case No: 1:16-cv-00720-CL <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S AMENDED WITNESS STATEMENT OF LORI HOYAL** |

Pursuant to the Court's Order Establishing Court Trial Dates and Procedures (Dkt 235), the Federal Trade Commission (the "Commission" or "FTC") submits the following Amended Witness Statement of Lori Hoyal.

**Summary of Testimony**:

Lori Hoyal will testify as to her role as 50 percent owner and Secretary of Hoyal & Associates, Inc. ("H&A"), one of the Corporate Defendants that orchestrated and directed the deceptive newspaper subscription operation. She will testify that she opened bank accounts and that, as the signatory on H&A accounts, she transferred millions of dollars of consumer money from H&A to related entities and other Defendants, including Reality Kats LLC ("Reality Kats") and Dennis Simpson. She will testify that she invoiced Maximillian, Inc. ("Maximillian"), through Noel Parducci, on behalf of H&A for Jeffrey Hoyal's responsibilities and participation in the deceptive newspaper subscription operation. These transfers correlated with fund transfers that Maximillian initiated from the subscription operation. Ms. Hoyal will testify that she received regular updates from Ms. Parducci regarding the status of payments from Maximillian to H&A and Reality Kats. She will testify that she transferred millions of dollars from H&A to Breeze Enterprises, LLC ("Breeze"), an entity the Hoyals control, then transferred millions from Breeze to Crater Lake Trust, which she and Jeffrey Hoyal control. Lori Hoyal transferred money from Crater Lake Trust to Reality Kats and Novato Development, LLC, which was owned by Crater Lake Trust, Reality Kats, and Simpson. She also transferred money from Crater Lake Trust to The Tulving Company, a precious metals dealer.

Ms. Hoyal will testify that she previously owned, served as President, and operated Mail Industries, Inc., a predecessor subscription entity that, along with other entities operated by Mr. Simpson and Mr. Hoyal, was involved in prior litigation involving similar deceptive mailers. She will testify that she trained Ms. Parducci on how to track financial operations for the subscription enterprise and provided template reports for her to use.

**Estimated Length of Direct Testimony**: 2 hours.

Dated:  November 2, 2018
                                                           s/Krista K. Bush
Krista K. Bush, WSBA 30881
Laura M. Solis, WSBA 36005
Connor B. Shively, WSBA 44043
Richard McKewen, WSBA 45041
Sophia Calderón, CA Bar No. 278135
W. Stuart Hirschfeld, WSBA 23532
915 2nd Ave., Suite 2896
Seattle, WA  98174
Telephone: (206) 220-6350

Attorneys for Plaintiff Federal Trade Commission

# CERTIFICATE OF SERVICE

I hereby certify that I am employed by the Federal Trade Commission, 915 Second Avenue, Suite 2896, Seattle, WA 98174, and that pursuant to Rule 5(b), Fed. R. Civ. P., a copy of the PLAINTIFF FTC'S AMENDED WITNESS STATEMENT OF LORI HOYAL was served as follows:

By ECF and email on each of the following:

Krista K. Bush
kbush@ftc.gov
Laura M. Solis
lsolis@ftc.gov
Richard McKewen
rmckewen@ftc.gov
Connor Shively
cshively@ftc.gov
Sophia H. Calderón
scalderon@ftc.gov
W. Stuart Hirschfeld
shirschfeld@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

Tyler Jay King
Tyler@lawgroupfs.com
700 12 St., NW Ste. 700
Washington, DC 20005

Kevin W. Bons
kbons@beckley-law.com
66 Club Rd., Ste. 360
PO Box 11098
Eugene, OR 97440

Colleen M. Kaylor
Cmarie0322@yahoo.com
308 Live Oak Loop
Central Point, OR 97502

Laura Lovrien
ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

James E. Magleby
magleby@mcgiplaw.com
Eric K. Schnibbe
schnibbe@mcgiplaw.com
Adam Alba
alba@mcgiplaw.com
170 S. Main Street, Ste. 1100
Salt Lake City, UT 84101

David B. Paradis
dparadis@brophylegal.com
Brophy Schmor LLP
201 W. Main Street, 5th Floor
Medford, OR 97501

Linda Babb
Gmamma910@gmail.com
440 Chateau Drive
Eagle Point, OR 97524

Lydia Pugsley
Lydia@abdinc.biz
3339 E. Tanglewood Dr.
Phoenix, AZ 85048

Shannon Bacon
sbrenee@gmail.com
555 Trail Creek
Trail, OR 97541

4
PLAINTIFF FTC'S AMENDED WITNESS STATEMENT OF LORI HOYAL

<u>By email and regular mail on each of the following</u>:

William Strickler
Bilofo541@gmail.com
2989 Thompson Creek Rd.
Jacksonville, OR 97530

Noel Parducci
lovemyfourlittleones@gmail.com
103 Monterey Drive
Medford, OR 97504

 s/ Krista K. Bush
Krista K. Bush, WSBA 30881
915 2nd Ave., Suite 2896
Seattle, WA 98174
Telephone: (206) 220-6350
Attorney for Plaintiff Federal Trade Commission