James E. Magleby (USB 7247)
  (*pro hac vice*)
  magleby@mcgiplaw.com
Eric K. Schnibbe (USB 8463)
  (pro hac vice)
  schnibbe@mcgiplaw.com
Adam Alba (USB 13128)
  (pro hac vice)
  alba@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
Telephone: (801) 359 9000
Facsimile: (801) 359 9011

David B. Paradis (853016)
  dparadis@brophylegal.com
**BROPHY SCHMOR, LLP**
201 West Main Street, 5th Floor
P.O. Box 128
Medford, Oregon 97501
Telephone: 541 772 7123
Facsimile: 541 772 7249

Attorneys for Defendants Hoyal & Associates,
 Jeffery Hoyal and Lori Hoyal

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON, MEDFORD DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>　　Plaintiff,<br><br>v.<br><br>**ADEPT MANAGEMENT, INC., et al.**<br><br>　　Defendants. | Case No.: 1:16-cv-00720-CL<br><br><br>**HOYAL DEFENDANTS' WITNESS STATEMENT OF JAMES E. MAGLEBY** |

HOYAL DEFENDANTS' WITNESS
STATEMENT OF JAMES E. MAGLEBY -- 1

James E. Magleby
Anticipated Direct Examination:  15 Minutes

    Defendants Hoyal & Associates, Inc. ("H&A"), Jeffrey Hoyal ("Jeff"), and Lori Hoyal ("Lori") (collectively, the "Hoyal Defendants"), through their counsel of record, respectfully submit a summary of the facts to which James E. Magleby ("Magleby") will testify during direct examination.

    Mr. Magleby will testify relative to Trial Exhibit 3023, a direct mail solicitation sent by Vanity Fair magazine, that Mr. Magleby's household previously had a subscription to Vanity Fair, that Exhibit 3023 was received by Mr. Magleby's household after that subscription had expired, that there was no payment due or owing to Vanity Fair at the time Exhibit 3023 was received, and as to Mr. Magleby's reaction to receipt of Exhibit 3023.

    DATED this 15th day of November 2018.

**MAGLEBY CATAXINOS & GREENWOOD**

_____
James E Magleby
Eric K Schnibbe
Adam Alba

**BROPHY SCHMOR LLP**
David B. Paradis

*Attorneys for Hoyal & Associates, Jeffery Hoyal, and Lori Hoyal Defendants*

HOYAL DEFENDANTS' WITNESS
STATEMENT OF JAMES E. MAGLEBY -- 2

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **HOYAL DEFENDANTS' WITNESS STATEMENT OF JAMES E. MAGLEBY** was delivered to the following this 15th day of November 2018, by submission to CM/ECF System or e-mail:

Krista K. Bush
  kbush@ftc.gov
Laura M. Solis
  lsolis@ftc.gov
Richard McKewen
  rmckewen@ftc.gov
Connor Shively
  cshively@ftc.gov
Sophia H. Calderon
  scalderon@ftc.gov
W. Stuart Hirschfeld
  shirschfeld@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

*Attorneys for Plaintiff*
*Federal Trade Commission*

Linda Babb
  Gmamma910@gmail.com
440 Chateau Dr.
Eagle Point, OR 97524

Noel Parducci
  lovemyfourlittleones@gmail.com
103 Monterey Drive
Medford, OR 97504

William Strickler
  bilofo541@gmail.com
2989 Thompson Creek Rd
Jacksonville, OR 97530

Tyler Jay King (pro hac vice)
  tyler@lawgroupfs.com
FRANKLIN SQUARE LAW GROUP, PC
700 12 St., NW, Ste. 700
Washington, DC 20005

Kevin Bons
  kbons@beckley-law.com
BECKLEY & BONS, P.C.
66 Club Road, Suite 360
Eugene, Oregon 97440

*Attorneys for Defendants*
*Reality Kats, LLC and Dennis Simpson*

Shannon Bacon
  sbrenee@gmail.com

Colleen Kaylor
  cmarie0322@yahoo.com

Laura Lovrien
  ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

Lydia Pugsley
  lydia@abdinc.biz
3339 E. Tanglewood Dr.
Phoenix, AZ  85048

/s/ Gwan Gibson