Krista K. Bush, WSBA 30881
kbush@ftc.gov
Laura M. Solis, WSBA 36005
lsolis@ftc.gov
Connor B. Shively, WSBA 44043
cshively@ftc.gov
Richard McKewen, WSBA 45041
rmckewen@ftc.gov
Sophia Calderón, CA Bar No. 278135
scalderon@ftc.gov
W. Stuart Hirschfeld, WSBA 23532
shirschfeld@ftc.gov
Stephen T. Fairchild, WSBA 41214
sfairchild@ftc.gov
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Phone: 206-220-6350
Fax: 206-220-6366
Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, Plaintiff, | Case No: 1:16-cv-00720-CL |
| v. | **NOTICE OF FILING OF PROPOSED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT** |
| **ADEPT MANAGEMENT, INC., et al.,** Defendants. | |

NOTICE OF FILING OF PROPOSED ORDER FOR PERMANENT INJUNCTION AND
MONETARY JUDGMENT - 1

Pursuant to the Court's Order of April 18, 2019 (Dkt. 700), Plaintiff the Federal Trade Commission respectfully submits the attached proposed order.

Respectfully submitted,

Dated:   May 2, 2019

 s/Krista K. Bush
Krista K. Bush, WSBA 30881
Laura M. Solis, WSBA 36005
Connor B. Shively, WSBA 44043
Richard McKewen, WSBA 45041
Sophia Calderón, CA Bar No. 278135
W. Stuart Hirschfeld, WSBA 23532
Stephen T. Fairchild, WSBA 41214
915 2nd Ave., Suite 2896
Seattle, WA   98174
Telephone: 206-220-6350

Attorneys for Plaintiff Federal Trade Commission

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the Federal Trade Commission, 915 Second Avenue, Suite 2896, Seattle, WA 98174, and that pursuant to FRCP Rule 5(b), a copy of Notice of Filing of Proposed Order for Permanent Injunction and Monetary Judgment, and attachment thereto, was served as follows:

<u>By ECF and email on each of the following</u>:

Krista K. Bush
kbush@ftc.gov
Laura M. Solis
lsolis@ftc.gov
Richard McKewen
rmckewen@ftc.gov
Connor Shively
cshively@ftc.gov
Sophia H. Calderón
scalderon@ftc.gov
W. Stuart Hirschfeld
shirschfeld@ftc.gov
Stephen T. Fairchild
sfairchild@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

Tyler Jay King
Tyler@lawgroupfs.com
700 12 St., NW Ste. 700
Washington, DC 20005

Kevin W. Bons
kbons@beckley-law.com
66 Club Rd., Ste. 360
PO Box 11098
Eugene, OR 97440

Colleen M. Kaylor
Cmarie0322@yahoo.com
308 Live Oak Loop
Central Point, OR 97502

Laura Lovrien
ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

James E. Magleby
magleby@mcgiplaw.com
Eric K. Schnibbe
schnibbe@mcgiplaw.com
Adam Alba
alba@mcgiplaw.com
170 S. Main Street, Ste. 1100
Salt Lake City, UT 84101

David B. Paradis
dparadis@brophylegal.com
Brophy Schmor LLP
201 W. Main Street, 5th Floor
Medford, OR 97501

Linda Babb
Gmamma910@gmail.com
440 Chateau Drive
Eagle Point, OR 97524

Lydia Pugsley
Lydia@abdinc.biz
3339 E. Tanglewood Dr.
Phoenix, AZ 85048

Shannon Bacon
sbrenee@gmail.com
555 Trail Creek
Trail, OR 97541

NOTICE OF FILING OF PROPOSED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT - 3

<u>By email and regular mail on each of the following</u>:

William Strickler  
Bilofo541@gmail.com  
2989 Thompson Creek Rd.  
Jacksonville, OR 97530  

Noel Parducci  
lovemyfourlittleones@gmail.com  
103 Monterey Drive  
Medford, OR 97504  

 s/ Krista K. Bush  
Krista K. Bush, WSBA 30881  
915 2nd Ave., Suite 2896  
Seattle, WA 98174  
Telephone: 206-220-6350  
Attorney for Plaintiff Federal Trade Commission  

NOTICE OF FILING OF PROPOSED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT - 4