Shannon Bacon (*pro se*)
sbrenee@gmail.com
555 Old Trail Creek Rd
Trail, OR 97541

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, MEDFORD DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br><br>**ADEPT MANAGEMENT, INC., et al.**<br><br>Defendants. | CASE NO.: 1:16-CV-00720-CL<br><br>**DEFENDANT SHANNON BACON JOINS IN NOEL PARDUCCI'S MOTION FOR RECONSIDERATION OF JUNE 10, 2019 ORDER FOR PERMANENT INJUNCTION (DOC 732)** |

Shannon Bacon (Bacon) joins in Defendant Noel Parducci's Motion for Reconsideration of June 10, 2019 Order for Permanent Injunction (Doc 732).

On June 18th & 19th, 2019 Bacon emailed the Federal Trade Commission (FTC) in a good faith effort to ask for clarity regarding the Permanent Injunction (Doc 730) and did not receive a reply back (*see* Doc 732-1).

For example, one of the questions Bacon was hoping to ask for clarity on is:

"Does information mailed through the U.S. Postal Service that is informational or regarding non-profit donations fall within the definition of "Direct Mail"?  Would this be a "Marketing" restriction?"

DEFENDANT SHANNON BACON JOINS IN NOEL PARDUCCI'S MOTION FOR RECONSIDERATION OF JUNE 10, 2019 ORDER FOR PERMANENT INJUNCTION JUDGMENT (DOC 732) -- 1

The Order states under DEFINITIONS, that: "Direct Mail" includes any solicitation or other marketing effort that uses the U.S. Postal Service, a foreign postal service, or a commercial mail carrier to communicate directly with consumers through printed materials."[1]

The Merriam-Webster Dictionary Definition of the word *solicitation* is:

**Definition of *solicitation***
**1:** the practice or act or an instance of soliciting

The Merriam-Webster Dictionary Definition of the word *soliciting* is:

**Definition of *soliciting***
**1:** to make petition to entreat
**2:** to urge
**3:** to proposition (someone)
**4:** to try to obtain by using urgent requests or pleas

The Merriam-Webster Dictionary Definition of the word *Marketing* is:

**Definition of *marketing***
**1:** the act or process of selling or purchasing in a market
**2:** the process or technique of promoting, selling, and distributing a product or service

When reading Merriam Dictionary's definitions of *solicitation* and *marketing*, Bacon's laymen's interpretation would be only something mailed through the U.S. Postal Service that asks for money for retail sales would be included and when an

---

[1] Order at page 2

DEFENDANT SHANNON BACON JOINS IN NOEL PARDUCCI'S MOTION FOR RECONSIDERATION OF JUNE 10, 2019 ORDER FOR PERMANENT INJUNCTION JUDGMENT (DOC 732) -- 2

advertisement is mailed but it doesn't involve an item for sale (NOT FOR SALE) it would be excluded.  Does this fall within the definition?

One other question would be:

"What representative of the FTC can give an Exemption approval that Bacon can count on since Krista Bush, with the FTC, stated that approvals can be rescinded at any time (*see* Doc 732-1)."

If Bacon invests years of schooling and/or effort in a particular career path, counting on an FTC Exemption approval, Bacon and her family needs to be able to count on that.

## CONCLUSION

Clarifying the overall Injunction is important so that in the future Bacon will know when Bacon needs to ask for an Exemption to ensure Bacon fully complies with the Injuction in its entirety and Bacon is not vulnerable to an FTC enforcement action.  The Oregon Assurance of Voluntary Compliance (AVC), that Bacon signed, was very clear and easily applied.  Perhaps, the AVC could be used as a skeleton framework for a revision.

Bacon respectfully asks the Court to order the FTC to clarify the language in the Order so the Bacon can be confident Bacon is in full compliance with the Order.

Dated: June 25, 2019                    By: s/Shannon Bacon (*pro se*)

DEFENDANT SHANNON BACON JOINS IN NOEL PARDUCCI'S MOTION FOR
RECONSIDERATION OF JUNE 10, 2019 ORDER FOR PERMANENT INJUNCTION
JUDGMENT (DOC 732) -- 4

## CERTIFICATE OF SERVICE

I hereby certify that I am a defendant, Shannon Bacon, Pro Se, 555 Old Trail Creek Road, Trail, Oregon 97541, and that, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **DEFENDANT SHANNON BACON'S JOINS IN NOEL PARDUCCI'S MOTION FOR RECONSIDERATION OF JUNE 10, 2019 ORDER FOR PERMANENT INJUNCTION (DOC 732)** was livered to the following this 25th day of June, 2019 via electronic mail.

Krista K. Bush
 kbush@ftc.gov
Laura M. Solis
 lsolis@ftc.gov
Richard McKewen
 rmckewen@ftc.gov
Connor Shively
cshively@ftc.gov
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174

James E. Magleby
magleby@mcgiplaw.com
Eric K. Schnibbe
schnibbe@mcgiplaw.com
Magleby Cataxinos Greenwood
170 South Main Street, Suite 1100
Salt Lake City, UT 94101

Linda Babb
Gmamma910@gmail.com
440 Chateau Dr.
Eagle Point, OR 97524

William Strickler
bilofo541@gmail.com
2989 Thompson Creek Rd
Jacksonville, OR 97530

Tyler King
tyler@lawgroupsfs.com

David Paradis
dparadis@brophylegal.com
Brophy Schmor LLP
201 W. Main Street, 5th Floor
Medford, OR 97501

Laura Lovrien
ljlovrien@embarqmail.com
7610 Torrey Pines Ter.
Eagle Point, OR 97524

Lydia Pugsley
lydia@abdinc.biz
3339 E Tanglewood Dr
Phoenix, AZ 85048

Noel Parducci
lovemyfourlittleones@gmail.com
103 Monterey Drive
Medford, OR 97504

Colleen Kaylor
cmarie0322@yahoo.com

*/s/* Shannon Bacon

DEFENDANT SHANNON BACON JOINS IN NOEL PARDUCCI'S MOTION FOR RECONSIDERATION OF JUNE 10, 2019 ORDER FOR PERMANENT INJUNCTION JUDGMENT (DOC 732) -- 5